UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA

        v.

GREGORY INGRAM,

        Defendant.

------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/13

Order of Restitution
09 Cr. 291 (WHP)

    Upon the application of the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, Jessica Ortiz, Assistant United States Attorney, of counsel; the presentence reports; the Defendant's convictions in the above captioned matter; and all other proceedings in this case, it is hereby ORDERED that:

    1.    **Amount of Restitution.** GREGORY INGRAM, the Defendant, shall pay restitution in the total amount of $238,580.78 to the victims of the offenses charged in the Indictment. The names, any known addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

    2.    **Joint and Several Liability.** Defendant's liability for restitution shall be joint and several with that of any other defendant ordered to make restitution for the offenses in this matter. Defendant's liability for restitution shall continue unabated until

6.2011

either the Defendant has paid the full amount of restitution ordered herein, or every victim has been paid the total amount of his loss from all the restitution paid by the Defendant and co-defendants in this matter.

3. **Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated:   New York, New York
         October 18, 2013

                                 _____
                                 The Honorable William H. Pauley
                                 United States District Court Judge